Opinion issued March 27, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00129-CV

____________


LUBBOCK CONSTRUCTION MANAGEMENT ASSOCIATES, INC. D/B/A CRG
CONSTRUCTION, Appellant


V.


THE MLN SERVICE CO., INC., Appellee






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2000-00695






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss its appeal. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed with prejudice. Tex.
R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Taft.